PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

### WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -8 AM 11: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs **AMY L. MARTIN**                    Docket No. **2:01CR20259-001**

**Petition on Probation and Supervised Release**

**COMES NOW    MARNIE KLYMAN    PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Amy L. Martin who was placed on supervision by the Honorable Julia Smith Gibbons sitting in the Court at Memphis, TN on the 10th day of April, 2002 who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in the Home Detention program for a period of 5 months. (Satisfied).

2. The defendant shall provide full financial disclosure as directed by the probation office.

3. The defendant shall not acquire any new financial obligations without the permission of the probation office.

5. Third Party risk notification.

6. The defendant shall pay restitution in the amount of $128,808.00 (balance $126,548.00).

Supervised Release began on November 22, 2002.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

After reviewing Ms. Martin's monthly income and monthly necessary expenses, the probation office has determined that 10% of her monthly gross income is an appropriate payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Amy Martin's restitution payments be set at ten percent (10%) of her monthly gross income.

### ORDER OF COURT

Considered and ordered this 7th day of June, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-8-05

**Respectfully,**

_____
Marnie Klyman
U.S. Probation Officer

**Place** Memphis, Tennessee

**Date** May 31, 2005

(34)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:01-CR-20259 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT