# UNITED STATES DISTRICT COURT
## for
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

U.S.A. vs **AMY L. MARTIN**                                         Docket No. **2:01CR20259-001**

## Petition on Probation and Supervised Release

**COMES NOW** __MARNIE KLYMAN__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Amy L. Martin who was placed on supervision by the Honorable Julia Smith Gibbons sitting in the Court at Memphis, TN on the 10th day of April, 2002, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate in the Home Detention program for a period of five (5 months). (Satisfied)

2. The defendant shall provide full financial disclosure as directed by the Probation Office.

3. The defendant shall not acquire any new financial obligations without the permission of the Probation Office.

4. Third Party Risk notification.

5. The defendant shall pay restitution in the amount of $128,808.00. (Balance: $126,298.00)

\*       **Supervised Release began on November 22, 2002.**

\*\*      **On June 7, 2005, the Honorable Samuel H. Mays ordered restitution payments be set at ten percent (10%) of her monthly income.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It appears Amy L. Martin will be unable to satisfy her outstanding balance prior to her expiration date. Ms. Martin has made a good faith effort to satisfy the Court's order. Ms. Martin has signed a payment agreement with the United States Attorney (Financial Litigation Unit), wherein she has agreed to pay Fifty Dollars ($50.00) per month toward her Federal debt until such debt is paid in full.

**PRAYING THAT THE COURT WILL ORDER** that Amy L. Martin's supervision terminate as scheduled on November 21, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution.

| **ORDER OF COURT** | **Respectfully,** |
|---|---|
| Considered and ordered this 20th day of Oct, 2005 and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | Marnie Klyman<br>Marnie Klyman<br>United States Probation Officer<br><br>**Place** Memphis, Tennessee<br><br>**Date** October 17, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:01-CR-20259 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT